# Exhibit 1

# Informal Resolution Process: Review of Proposed Terms

 titleixoffice@brown.edu  to me ( +1 more )
Today at 11:28 AM

Encrypted

Hi ▬

Below please find the Complainant's proposed terms in their own words. You have five (5) business days to respond to me by email to indicate your willingness to accept all, some, or none of the proposed terms. You may also propose alternative strategies to meet a specific term that you reject. The deadline to respond is **5pm EST on Monday, February 21, 2022.**

**Complainant's Proposed Terms**:
- Drop out of Brown completely by the end of the month. Either leave this college completely or transfer to a different school, but either way, be completely un-enrolled.
- Before leaving, formally withdraw from organized student groups like Tech House or King House, preferably without a reason like accusing others of being drug users or bullies.
- Do not have any entry of any Brown building after leaving until 2026, when I am definitely graduated and not still finishing up in the area. Do not be on the main green or other Brown recreational areas. Do not use the Brown shuttles, the Nelson gym, and do not go to Brown-affiliated events (like Gala, that could be held off campus in 2023, 2024, or 2025). Turn in Brown related keys and student ID.
- Listen to me read my restorative justice victim impact statement in person. This should take 15-30 minutes and I can have it read by someone prior to make sure it is within reason.

**Complainant's Proposed Consequences**
- A sanction of expulsion with the relevant permanent transcript marker for a Student Conduct violation. If this is not an acceptable consequence, then movement forward with the formal [complaint] is fine.

As explained in previous emails, an informal resolution agreement is reached when both parties independently and voluntarily come to agreement on terms. Upon agreement and signature (in hard copy or electronically) by both parties, the Formal Complaint is considered resolved and closed. If an informal resolution agreement is not reached, the informal resolution process will end and the University will continue the investigation into the Formal Complaint.

Please let me know if you have any questions.

Best,
Juana