UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOIS LANE, a pseudonym,
        Plaintiff,

v.                                                     C.A. No.: 1:22-cv-00092-WES-LDA

BROWN UNIVERSITY and
JANE ROE, a pseudonym,
        Defendants.

## STIPULATION

    Plaintiff Lois Lane and Defendant Brown University stipulate that Brown University shall have up to and including April 18, 2022 to file its response to Plaintiff's Complaint.

| LOIS LANE, | BROWN UNIVERSITY |
|---|---|
| By Her Attorney, | By Its Attorney, |
| /s/ Stephen J. Brouillard | /s/ Steven M. Richard |
| Stephen J. Brouillard, Esq. (#6284) | Steven M. Richard (#4403) |
| Bianchi Brouillard Sousa & O'Connell, P.C. | Nixon Peabody LLP |
| 56 Pine St., Ste. 250 | One Citizens Plaza, Ste. 500 |
| Providence, RI 02903 | Providence, RI 02903 |
| Tel: 401-223-2990 | Tel: 401-454-1020 |
| Fax: 877-548-4539 | Fax: 866-947-1332 |
| sbrouillard@bbsolaw.com | srichard@nixonpeabody.com |

### CERTIFICATE OF SERVICE

    I certify that on March 23, 2022, this document was filed and served electronically via the Court's CM/ECF system.

                                                          /s/ Steven M. Richard