UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LOIS LANE, a pseudonym, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:22-cv-00092-WES-LDA |
| | : | |
| BROWN UNIVERSITY and | : | |
| JANE ROE, a pseudonym, | : | |
| Defendants. | : | |

### NOTICE OF DISMISSAL AS TO BROWN UNIVERSITY

Plaintiff, Lois Lane, a pseudonym, hereby dismisses Defendant, Brown University, from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

LOIS LANE,
Plaintiff,
By their Attorneys,


/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. (6284)
Bianchi Brouillard Sousa & O'Connell, P.C.
56 Pine Street, Suite 250
Providence, RI 02903
(401) 223-2990 *telephone*
(877) 548-4539 *facsimile*
sbrouillard@bbsolaw.com

### CERTIFICATE OF SERVICE

I certify that, on April 20, 2022, this document was filed and served on all counsel of record electronically via the Court's CM/ECF system.

/s/ Stephen J. Brouillard

1