UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOIS LANE, a pseudonym,<br>      Plaintiff, | :<br>:<br>: |
| v. | :         C.A. No. 1:22-cv-00092-WES-LDA |
| | : |
| BROWN UNIVERSITY and<br>JANE ROE, a pseudonym,<br>      Defendants. | :<br>:<br>: |

## STIPULATION OF DISMISSAL

Plaintiff, Lois Lane, a pseudonym, and Defendant, Jane Roe, a pseudonym, hereby stipulate and agree by and through their undersigned counsel to the dismissal, with prejudice, of all claims, counterclaims and causes of action between Lois Lane and Jane Roe. No costs or fees to be awarded.

| | |
|---|---|
| LOIS LANE,<br>Plaintiff,<br>By their Attorneys, | JANE ROE,<br>Defendant,<br>By her Attorneys, |
| /s/ Stephen J. Brouillard<br>Stephen J. Brouillard, Esq. (6284)<br>Bianchi Brouillard Sousa & O'Connell, P.C.<br>56 Pine Street, Suite 250<br>Providence, RI 02903<br>(401) 223-2990 *telephone*<br>(877) 548-4539 *facsimile*<br>sbrouillard@bbsolaw.com | /s/ J. Richard Ratcliffe<br>J. Richard Ratcliffe, Esq. (2603)<br>Ratcliffe Harten Galamaga LLP<br>40 Westminster Street, 7th Floor<br>Providence, RI 02903<br>Telephone: (401) 490-4651<br>Facsimile:  (401) 331-3440<br>rratcliffe@rhgllp.com |

## CERTIFICATE OF SERVICE

I certify that, on April 20, 2022, this document was filed and served on all counsel of record electronically via the Court's CM/ECF system.

                                                                                        /s/ Stephen J. Brouillard